# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN MCKOY, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No. 4:16-CV-2374 |
| | : | |
| WARDEN PERDUE, | : | (Judge Brann) |
| | : | |
| Respondent. | : | |

## **ORDER**

**AND NOW**, this 27th day of November 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Petitioner's habeas corpus action is **DISMISSED AS MOOT**.

**2.** Petitioner's motion (Doc. 15) for reconsideration and his motion for summary judgment (Doc. 21) are **DISMISSED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge